UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

                                    NO. 08-40007

v.

                                    Honorable Patrick J. Duggan

C.H.C. (A juvenile)

    Defendant.
_____/

## STIPULATION AND ORDER FOR DETENTION
## ON DEFENDANT'S CONSENT

Through their respective counsel, the parties stipulate and agree that the defendant shall be detained until after the defendant's testimony at trial has been completed.

On June 19, 2008, this court issued a warrant for the arrest of the defendant, C.H.C. (A juvenile) pursuant to 18 U.S.C. §3144, as a material witness in the August 19, 2008 felony trial of Donald Wayne Flint, Case No. 07-20333. On Tuesday, July 22, 2008, the defendant appeared on the warrant before Judge Donald A. Scheer, and a temporary order of detention was entered.

The defendant has consented to detention in this case, pending the completion of the trial in the case of *United States v. Donald Wayne Flint*.

The parties respectfully request that the court issue a order continuing the defendant's detention in the case until after the trial in *United States v. Donald*

*Wayne Flint*, Criminal No. 07-20333, which is presently pending before this court.

**IT IS SO STIPULATED.**

STEPHEN J. MURPHY
United States Attorney

_____    _____
s/Saima Mohsin                    s/with consent of Margaret S. Raben - P39243
Assistant U.S. Attorney           Gurewitz & Raben PLC
211 West Fort Street              333 W. Fort Street, Fl. 11
Suite 2001                        Detroit, MI 48226
Detroit, MI 48226

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        No: 08-40007
v.        Honorable Patrick J. Duggan

C.H.C. (A juvenile)

        Defendant.
_____/

## ORDER FOR DETENTION ON DEFENDANT'S CONSENT

Upon this Court's consideration of the parties' stipulation for an order of detention pending the completion of the trial in the case of *United States v. Donald Wayne Flint*, Case No. 07-20333, and the Court being apprised of the circumstances,

IT IS ORDERED the defendant be detained until the completion of the trial in the case of *United States v. Donald Wayne Flint*, Case No. 07-20333.

**IT IS SO ORDERED.**

        S/Patrick J. Duggan
        Patrick J. Duggan
        United States District Judge

Dated: August 1, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on August 1, 2008, by electronic and/or ordinary mail.

        S/Marilyn Orem
        Case Manager